**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **JESSICA M. RIZZO;** ) | |
| ) | **Judge John J. Tharp Jr.** |
| **PLAINTIFF,** ) | |
| ) | **Case No.: 1:20-cv-00475** |
| **v.** ) | |
| ) | |
| **COAST PROFESSIONAL, INC,** ) | |
| ) | |
| **DEFENDANT.** ) | |

## SYED H. HUSSAIN'S MOTION TO WITHDRAW APPEARANCE

Syed Hussain, former associate attorney with Sessions, Fishman, Nathan & Israel, moves this Court to withdraw his appearance as counsel for Coast Professional, Inc. states as follows:

1. On January 27, 2020, I filed my appearance on behalf of Coast Professional, Inc. with the law firm Sessions, Fishman, Nathan & Israel in this matter. My appearance and a waiver of service were the only filings on behalf of Coast Professional, Inc.

2. I am no longer associated with the law firm, Sessions, Fishman, Nathan & Israel and seek to withdraw my appearance as counsel.

3. Morgan Marcus of the law firm Sessions, Fishman, Nathan & Israel will continue to represent Coast Professional, Inc. in this matter.

WHEREFORE, I respectfully request this Court enter an order granting leave to withdraw my appearance as counsel for Coast Professional, Inc.

Respectfully submitted this 19th day of February, 2020.

*s/ Syed H. Hussain*
Syed H. Hussain #6301078
141 W Jackson Blvd Ste #3550
Chicago, Illinois 60604
(312)319-7022 (phone)
Shhuss2@gmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 19, 2020 I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF System, which will send notification of such filing to the attorneys of record.

                      By: *s/ Syed H. Hussain*
                      Syed H. Hussain #6301078